FILED
March 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>  )<br>JOE GRIVETTE,  )<br>Defendant.  )<br>_____) | Case No. MAG. 09-0097-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOE GRIVETTE, Case No. CR.S-09-0097-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/26/09 at 2:55 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge