```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  813 Sixth Street. Suite 450
    Sacramento, CA  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant
    ERIC LOREN CLAWSON
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,            Case No. 2:09-CR-00097 MCE
11
              Plaintiff,                 STIPULATION AND
12                                       ORDER CONTINUING STATUS
         vs.                             CONFERENCE HEARING AND
13                                       EXCLUDING TIME
    ERIC LOREN CLAWSON,
14
    JOE GRIVETTE,                        Date:  April 09, 2009
15                                       Time:  9:30 A.M.
              Defendants.                Ctrm:  7(MCE)
16
```

17

18    IT IS HEREBY STIPULATED by Eric Loren Clawson, through his

19 counsel Blackmon & Associates, by Joe Grivette, through his

20 counsel Jan David Karowsky, and by the United States of America,

21 through its counsel, Assistant U.S. Attorney Russell L.

22 Carlberg, that the status conference now scheduled for 9:00 a.m.

23 on April 9, 2009, be continued to April 30, 2009, at 9:00 a.m.

24    Eric Clawson and Joe Grivette are charged in a single count

25 indictment with interference with federally protected activity

26 in violation of 18 U.S.C. §245(b)(2)(F) and 2.  The prosecution

27 has provided defense counsel with initial discovery and the

28 parties expect additional materials to be produced.  Both

defense counsel require additional time to receive and review all relevant discovery.  In addition, counsel for Eric Clawson requires additional time to review the record of Mr. Clawson's detention hearing to assess the possibility of additional proceedings.

Due to these circumstances, the parties stipulate that the status conference be continued to 9:00 a.m. on April 30, 2008. The parties further stipulate that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be excluded from April 09, 2009, to April 30, 2009, to give defense counsel additional time in which to prepare.

IT IS SO STIPULATED.

DATED:     April 7, 2009        By: //s// Emily E. Doringer for
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney

DATED:     April 7, 2009
                                By://s// Emily E. Doringer for
                                    Jan David Karowsky
                                    Attorney for Defendant
                                    Joe Grivette

DATED:     April 7, 2009
                                By: _//s// Emily E. Doringer___
                                    Emily E. Doringer
                                    Attorney for Defendant
                                    Eric Loren Clawson

1 **ORDER**

2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS ORDERED THAT: the status conference hearing now set
5 for April 9, 2009, at 9:00 a.m. is vacated and the matter is set
6 for a status conference hearing on April 30, 2009, at 9:00 a.m.
7     Further, the Court finds that time is excluded based upon
8 the representation of the parties to allow adequate defense
9 preparation and such time will be excluded pursuant to the
10 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code
11 T4], from April 9, 2009 until the next appearance on April 30,
12 2009.
13     IT IS SO ORDERED.

DATED: April 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE