```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
```

**FILED**

APR 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC LOREN CLAWSON,<br>JOE GRIVETTE,<br><br>        Defendants. | Cr. No. S-09-0097 MCE<br><br>STIPULATION AND [PROPOSED]<br>PROTECTIVE ORDER RE:<br>DISSEMINATION OF DISCOVERY<br>DOCUMENTS CONTAINING PERSONALLY<br>IDENTIFYING INFORMATION |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, Emily Doringer, Esq., of Blackmon & Associates, representing defendant Eric Loren Clawson, and Jan David Karowsky, Esq., representing defendant Joe Grivette, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with interference with federally protected activity, a crime of violence. The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness names, social security numbers, driver

United States v. Clawson, Cr. No. S-09-0097 MCE
Stipulated Protective Order

1

1 | license numbers, dates of birth, addresses, telephone numbers, and
2 | email addresses. This Protective Order extends to all documents
3 | provided in this case, including those concerning incidents not
4 | charged in the indictment.

5 | By signing this Stipulation and Protective Order, defense
6 | counsel agrees not to share any documents that contain Protected
7 | Information with anyone other than defense counsel and his/her
8 | designated defense investigators and support staff. Defense
9 | counsel may permit the defendant to view the documents in the
10 | presence of his attorney or defense investigators, so long as
11 | defense counsel and the defense investigators do not allow the
12 | defendant to copy Protected Information contained in the discovery,
13 | and defense counsel and the defense investigators do not allow the
14 | defendant to retain copies of these records.

15 | In the event that the defendant substitutes counsel, undersigned
16 | defense counsel agrees to withhold documents containing Protected
17 | Information from new counsel unless and until substituted counsel
18 | agrees also to be bound by this order.

DATE: April __, 2009

EMILY DORINGER
Attorney for ERIC LOREN CLAWSON

DATE: April 9, 2009

JAY DAVID KAROWSKY
Attorney for JOE GRIVETTE

United States v. Clawson, Cr. No. S-09-0097 MCE
Stipulated Protective Order

2

license numbers, dates of birth, addresses, telephone numbers, and email addresses. This Protective Order extends to all documents provided in this case, including those concerning incidents not charged in the indictment.

By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and his/her designated defense investigators and support staff. Defense counsel may permit the defendant to view the documents in the presence of his attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy Protected Information contained in the discovery, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: April 15, 2009

EMILY DORINGER
Attorney for ERIC LOREN CLAWSON

DATE: April __, 2009

JAN DAVID KAROWSKY
Attorney for JOE GRIVEITE

| | | |
|---|---|---|
| 1 | DATE: April 9, 2009 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | | |
| 3 | | By: _____ |
| 4 | | RUSSELL L. CARLBERG<br>Assistant U.S. Attorney |
| 5 | | |

[PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case no. S-09-0135 FCD concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: 4/15/09

_____
DALE A. DROZD
U.S. Magistrate Judge

United States v. Clawson, Cr. No. S-09-0097 MCE
Stipulated Protective Order

3