```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  813 Sixth Street. Suite 450
    Sacramento, CA  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant
    ERIC LOREN CLAWSON
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,              Case No. 2:09-CR-00097 MCE
11
              Plaintiff,                   STIPULATION AND ORDER
12                                         CONTINUING STATUS
         vs.                               CONFERENCE HEARING AND
13                                         EXCLUDING TIME
    ERIC LOREN CLAWSON,
14
    JOE GRIVETTE,                          Date:  April 30, 2009
15                                         Time:  9:00 A.M.
              Defendants.                  Ctrm:  7(MCE)
16

17
         IT IS HEREBY STIPULATED by Eric Loren Clawson, through his
18
    counsel Blackmon & Associates, by Joe Grivette, through his
19
    counsel Jan David Karowsky, and by the United States of America,
20
    through its counsel, Assistant U.S. Attorney Russell L.
21
    Carlberg, that the status conference now scheduled for 9:00 a.m.
22
    on April 30, 2009, be continued to May 13, 2009, at 9:00 a.m.
23
         Eric Clawson and Joe Grivette are charged in a single count
24
    indictment with interference with federally protected activity
25
    in violation of 18 U.S.C. §245(b)(2)(F) and 2.  Since the time
26
    of the prior status conference scheduled on April 9, the
27
    prosecution has provided additional discovery.  Based on the
28
    currently available information, defense counsel requires
```

- 1 -

additional time to research, investigate, develop and prepare a defense.

Due to these circumstances, the parties stipulate that the status conference be continued to 9:00 a.m. on May 13, 2009. The parties further stipulate that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be excluded from April 30, 2009, to May 13, 2009, to give defense counsel additional time in which to prepare.

IT IS SO STIPULATED.

DATED:   April 28, 2009        By: //s// Emily E. Doringer for
                                   RUSSELL L. CARLBERG
                                   Assistant U.S. Attorney

DATED:   April 28, 2009
                               By://s// Emily E. Doringer for_
                                   Jan David Karowsky
                                   Attorney for Defendant
                                   Joe Grivette

DATED:   April 28, 2009
                               By: _//s// Emily E. Doringer___
                                   Emily E. Doringer
                                   Attorney for Defendant
                                   Eric Loren Clawson

1 **ORDER**

2 This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4 IT IS ORDERED THAT: the status conference hearing now set
5 for April 30, 2009, at 9:00 a.m. is vacated and the matter is
6 set for a status conference hearing on May 13, 2009, at 9:00
7 a.m.
8 Further, the Court finds that time is excluded based upon
9 the representation of the parties to allow adequate defense
10 preparation and such time will be excluded pursuant to the
11 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code
12 T4], from April 30, 2009 until the next appearance on May 13,
13 2009.
14 IT IS SO ORDERED.
15 DATED: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE