```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  813 Sixth Street. Suite 450
    Sacramento, CA  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant
    ERIC LOREN CLAWSON
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC LOREN CLAWSON,<br><br>JOE GRIVETTE,<br><br>　　　　Defendants. | Case No. 2:09-CR-0097 MCE<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

　　　IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, that the Conditions of Release filed on April 27, 2009 be modified in accord with this stipulation.

　　　The parties stipulate that all Conditions of Release remain in effect, and that Condition #6 be modified to read as follows: "You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance (including, but not

- 1 -
STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

limited to, all steroids, Human Growth Hormone, and all performance enhancing drugs) without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used."

IT IS SO STIPULATED.

DATED:    April 30, 2009        By: //s// Emily E. Doringer for
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney

DATED:    April 30, 2009
                                By: _//s// Emily E. Doringer___
                                    Emily E. Doringer
                                    Attorney for Defendant
                                    Eric Loren Clawson

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: all Conditions of Release remain in effect, and Condition #6 is modified to read as follows: "You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance (including, but not limited to, all steroids, Human Growth Hormone, and all performance enhancing drugs) without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used."

IT IS SO ORDERED.

DATED: May 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/clawson0097.ord