BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA 95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-0097 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| vs. | |
| ERIC LOREN CLAWSON, | |
| JOE GRIVETTE, | Date: May 13, 2009 |
| Defendants. | Time: 9:00 A.M. Ctrm: 7 |

IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by Joe Grivette, through his counsel Jan David Karowsky, and by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, that the status conference now scheduled for 9:00 a.m. on May 13, 2009, be continued to July 9, 2009, at 9:00 a.m.

Eric Clawson and Joe Grivette are charged in a single count indictment with interference with federally protected activity in violation of 18 U.S.C. §245(b)(2)(F) and 2. Based on the existing discovery, defense counsel requires additional time to investigate, research, develop and prepare a defense. In particular, counsel for Mr. Clawson has commenced investigation

efforts, including interviewing potential witnesses, contacting potential expert consultants and researching relevant facts. These efforts are ongoing and require additional time to complete.

Due to these circumstances, the parties stipulate that the status conference scheduled on May 13, 2009 be continued to 9:00 a.m. on July 9, 2009. The parties further stipulate that the public interest in a speedy trial is outweighed by the interests of justice, given defense counsel's need to further prepare. Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be excluded from May 13, 2009, to July 9, 2009.

IT IS SO STIPULATED.

DATED: May 11, 2009    By: //s// Emily E. Doringer for
                           RUSSELL L. CARLBERG
                           Assistant U.S. Attorney

DATED: May 11, 2009    By: //s// Emily E. Doringer for
                           Jan David Karowsky
                           Attorney for Defendant
                           Joe Grivette

DATED: May 11, 2009    By: _//s// Emily E. Doringer___
                           Emily E. Doringer
                           Attorney for Defendant
                           Eric Loren Clawson

1 **ORDER**
2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS ORDERED THAT: the status conference hearing now set
5 for May 13, 2009, at 9:00 a.m. is vacated and the matter is set
6 for a status conference hearing on July 9, 2009, at 9:00 a.m.
7     Further, the Court finds that time is excluded based upon
8 the representation of the parties that the interests of justice
9 outweigh the public interest in a speedy trial, given the need
10 for further defense preparation.  Therefore, such time will be
11 excluded to allow defense counsel additional time to prepare,
12 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv)
13 – [Local Code T4], from May 13, 2009 until the next appearance
14 on July 9, 2009.
15 IT IS SO ORDERED.

17 DATED: May 11, 2009

19     MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE