```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ERIC LOREN CLAWSON,<br><br>JOE GRIVETTE,<br><br>            Defendants. | Case No. 2:09-CR-0097 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  July 16, 2009<br>Time:  9:00 A.M.<br>Ctrm:  7(MCE) |

   IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by Joe Grivette, through his counsel Jan David Karowsky, and by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, that the status conference now scheduled for 9:00 a.m. on July 16, 2009, be continued to September 10, 2009, at 9:00 a.m.

   Eric Clawson and Joe Grivette are charged in a single count indictment with interference with federally protected activity in violation of 18 U.S.C. §245(b)(2)(F) and §2.  Defense counsel requires additional time to investigate, research, develop and prepare a defense.  In particular, counsel for Mr. Clawson is

1  engaged in ongoing investigative efforts, including interviewing
2  potential witnesses, contacting potential expert consultants and
3  researching relevant facts. These tasks require additional time
4  to complete.
5      Due to these circumstances, the parties agree and hereby
6  stipulate that the status conference currently scheduled on July
7  16, 2009 be continued to 9:00 a.m. on September 10, 2009.  The
8  parties further agree and stipulate that the public interest in
9  a speedy trial is outweighed by the interests of justice, given
10 defense counsel's need for further preparation.  Therefore, the
11 parties stipulate pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)
12 [Local Code T4] that time shall be excluded from July 16, 2009,
13 to September 10, 2009.
14 IT IS SO STIPULATED.

DATED:     July 10, 2009           By: //s// Emily E. Doringer for
                                       RUSSELL L. CARLBERG
                                       Assistant U.S. Attorney
DATED:     July 10, 2009
                                   By://s// Emily E. Doringer for
                                       Jan David Karowsky
                                       Attorney for Defendant
                                       Joe Grivette
DATED:     July 10, 2009
                                   By: _//s// Emily E. Doringer___
                                       Emily E. Doringer
                                       Attorney for Defendant
                                       Eric Loren Clawson

1 **ORDER**

2      This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4      IT IS ORDERED THAT: the status conference hearing now set
5 for July 16, 2009, at 9:00 a.m. is vacated and the matter is set
6 for a status conference hearing on September 10, 2009, at 9:00
7 a.m.
8      Further, the Court finds that time is excluded based upon
9 the representation of the parties that the interests of justice
10 outweigh the public interest in a speedy trial, given the need
11 for further defense preparation.  Therefore, such time will be
12 excluded to allow defense counsel additional time to prepare,
13 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv)
14 [Local Code T4], from July 16, 2009 until the next appearance on
15 September 10, 2009.
16      IT IS SO ORDERED.
17 DATED: July 14, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE