BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ERIC LOREN CLAWSON,<br><br>JOE GRIVETTE,<br><br>          Defendants. | Case No. 2:09-CR-0097 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  September 10, 2009<br>Time:  9:00 A.M.<br>Ctrm:  7(MCE) |

   IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates; by Joe Grivette, through his counsel Jan David Karowsky; and by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, that the status conference now scheduled for 9:00 a.m. on September 10, 2009, be continued to October 1, 2009, at 9:00 a.m.

   Eric Clawson and Joe Grivette are charged in a single count indictment with interference with federally protected activity in violation of 18 U.S.C. §245(b)(2)(F) and §2.  Defense counsel requires additional time to investigate, research, develop and prepare a defense.  In particular, counsel for Mr. Clawson is

continues to engage in ongoing investigative efforts, including interviewing potential witnesses, contacting potential expert consultants and researching relevant facts.

In addition, the parties have been involved in discussions regarding possible trial dates in this matter, should the case proceed to trial. Counsel for Mr. Clawson is currently set to begin a death penalty trial in Yolo County case number 01-1577, on November 9, 2009. A hearing on a defense motion to continue that trial date is set for September 25, 2009. Counsel's availability for trial in Mr. Clawson's matter could vary considerably depending on the outcome of the hearing on the motion to continue. Due to the current uncertainty of counsel's availability, the parties have agreed to put this matter over to October 1, 2009, at which point they anticipate a better understanding of all counsel's fall/winter trial schedule.

Due to these circumstances, the parties agree and hereby stipulate that the status conference currently scheduled on September 10, 2009 be continued to 9:00 a.m. on October 1, 2009. The parties further agree and stipulate that the public interest in a speedy trial is outweighed by the interests of justice, given defense counsel's need for further preparation and the need for all counsel to best coordinate their respective schedules. Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be excluded from September 10, 2009, to October 1, 2009.

IT IS SO STIPULATED.

DATED:     Sept. 8, 2009              By: //s// Emily E. Doringer for
                                           RUSSELL L. CARLBERG

```
                                              Assistant U.S. Attorney
DATED:      Sept. 8, 2009
                                       By://s// Emily E. Doringer for_
                                           Jan David Karowsky
                                           Attorney for Defendant
                                           Joe Grivette
DATED:      Sept. 8, 2009
                                       By: _//s// Emily E. Doringer___
                                           Emily E. Doringer
                                           Attorney for Defendant
                                           Eric Loren Clawson
```

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for September 10, 2009, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on October 1, 2009, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and the need for all counsel to coordinate upcoming trial schedules.  Therefore, such time will be excluded to allow defense counsel additional time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4], from September 10, 2009 until the next appearance on October 1, 2009.

IT IS SO ORDERED.

DATED: September 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE