BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-0097 MCE |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| ERIC LOREN CLAWSON, | |
| JOE GRIVETTE, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, and by the United States Pretrial Services Office for the Eastern District of California, through Pretrial Services Officer Beth Baker that Mr. Clawson's Conditions of Release be modified in accord with this stipulation.

    Mr. Clawson's release was ordered on April 24, 2009, subject to multiple conditions as specified on the record. The

- 1 -

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

1  conditions were modified on the stipulation of counsel on April
2  30, 2009, clarifying that Mr. Clawson is prevented from the
3  consumption of any alcohol while on pretrial release.
4      The pretrial release conditions were modified a second time
5  pursuant to the parties' stipulation filed on July 27, 2009.  At
6  that time the conditions were modified to allow third party
7  custodian duties to be shared by Emily Clawson, Anne Clawson and
8  Roger Clawson collectively.  This arrangement allowed Emily
9  Clawson to continue with her plans to attend an educational
10 program in Southern California.
11     As part of that prior stipulation, the parties agreed to a
12 detailed schedule reflecting proposed daily third party
13 custodian duties from September 3, 2008 through January 3, 2010.
14 Pursuant to the schedule, Anne Clawson was to assume third party
15 custodian duties from October 26 through November 21, 2009.
16     Anne Clawson has longstanding plans to attend a
17 professional conference in Southern California. She is
18 registered for the conference, which is scheduled for November
19 18-22, 2009.  After due consideration and consultation between
20 the parties and the Pretrial Services Office, the parties have
21 agreed to modify the third party custodian requirement to allow
22 Anne Clawson to attend the conference.  The parties' mutual
23 agreement is that Anne Clawson shall serve as third party
24 custodian through November 17, 2009. On November 18 she will
25 depart San Francisco for the conference.  Roger Clawson will
26
27
28

1  arrive in San Francisco on November 20, 2009, to assume third
2  party custodian duty.
3      Thus, the parties hereby agree and stipulate to a temporary
4  suspension of the third party custodian condition from November
5  18 through November 19, 2009. Roger Clawson will assume third
6  party custodian duties on November 20, 2009 and will continue in
7  that capacity through November 25, 2009, pursuant to the
8  established schedule.  All other scheduled third party custodian
9  duties will remain as stated in the prior stipulation filed on
10 July 27, 2009.  The parties further agree and stipulate that
11 this arrangement is sufficient to ensure adequate supervision of
12 Mr. Clawson and his continuing compliance with all terms and
13 conditions of release and with all court orders.
14        All other conditions of pretrial release shall remain in
15 full effect.

17 IT IS SO STIPULATED.

19 DATED: November 9, 2009   By: //s// Emily E. Doringer for
                                   RUSSELL L. CARLBERG
20                                 Assistant U.S. Attorney

21 DATED: November 9, 2009   By: //s// Emily E. Doringer for
                                   BETH BAKER
22                                 U.S. Pretrial Services
                                   Officer
23
24 DATED: November 9, 2009   By: _//s// Emily E. Doringer___
                                   Emily E. Doringer
25                                 Attorney for Defendant
                                   Eric Loren Clawson
26

- 3 -

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: The pretrial release condition requiring a third party custodian will be suspended for two days, from November 18, 2008 through November 19, 2009. On November 20, 2009, Roger Clawson shall assume third party custodian duty and shall serve in that capacity through November 25, 2009, as previously agreed. Aside from the two day suspension, the established third party custodian schedule shall remain in effect, as will all other conditions of release.

IT IS SO ORDERED.

DATED: November 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/clawson0097.stipord