BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-0097 MCE |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| ERIC LOREN CLAWSON, JOE GRIVETTE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, and by the United States Pretrial Services Office for the Eastern District of California, through Pretrial Services Officer Beth Baker that Mr. Clawson's Conditions of Release be modified in accord with this stipulation.

   Mr. Clawson's release was ordered on April 24, 2009, subject to multiple conditions as specified on the record. The

- 1 -
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE

conditions were modified on the stipulation of counsel on April 30, 2009, clarifying that Mr. Clawson is prevented from the consumption of any alcohol while on pretrial release.

The pretrial release conditions were modified a second time pursuant to the parties' stipulation filed on July 27, 2009.  At that time the conditions were modified to allow third party custodian duties to be shared by Emily Clawson, Anne Clawson and Roger Clawson collectively.  This arrangement allowed Emily Clawson to continue with her plans to attend an educational program in Southern California. As part of that prior stipulation, the parties agreed to a detailed schedule reflecting proposed daily third party custodian duties from September 3, 2008 through January 3, 2010.

To allow Anne Clawson to attend a professional conference, the parties again stipulated that the third party custodian requirement would be temporarily suspended from November 18-19, 2009, as stated in the order filed on November 12, 2009.

Mr. Clawson has continued to comply with all pretrial release conditions, including during the days in November when the third party custodian requirement was suspended.  During that time, on the advice of his counsel, Mr. Clawson stayed in contact with both Pretrial Services Officer Beth Baker in Sacramento and Officer Rich Sarlatte in San Francisco.

After due consideration and consultation between the parties and the Pretrial Services Office, the parties have agreed to modify Mr. Clawson's pretrial release conditions to

1 eliminate the third party custodian requirement as of January 4,
2 2010.  Mr. Clawson has been compliant with all court orders and
3 with all instructions from Pretrial Services for close to eight
4 months.  Given Mr. Clawson's performance and considering the
5 multiple other conditions to remain in effect, pretrial Services
6 Officers Beth Baker and Rich Sarlatte agree with the parties
7 that elimination of the third party custodian requirement is
8 appropriate at this time.
9     Based on the foregoing, the parties hereby stipulate that
10 the pretrial release conditions be modified as of January 4,
11 2010 to eliminate the third party custodian requirement.
12 Currently scheduled third party custodian duties will remain in
13 effect through January 3, 2010, as stated in the prior
14 stipulation filed on July 27, 2009.  The parties further agree
15 and stipulate that this arrangement is sufficient to ensure
16 adequate supervision of Mr. Clawson and his continuing
17 compliance with all terms and conditions of release and with all
18 court orders.
19     All other conditions of pretrial release shall remain in
20 full effect.
21 ///
22 ///
23 ///
24 ///

- 3 -
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE

1  IT IS SO STIPULATED.

2

3  DATED: December 17, 2009  By:  //s// Emily E. Doringer for
                                     RUSSELL L. CARLBERG
4                                    Assistant U.S. Attorney

5  DATED: December 17, 2009  By:  //s// Emily E. Doringer for
                                     BETH BAKER
6                                    U.S. Pretrial Services
7                                    Officer

8  DATED: December 17, 2009 By:   _//s// Emily E. Doringer___
                                     EMILY E. DORINGER
9                                    Attorney for Defendant
10                                   Eric Loren Clawson

- 4 -
STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE

**ORDER**

This matter having come before the court pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED THAT: The pretrial release condition imposed on April 24, 2009, requiring a third party custodian shall be terminated as of January 4, 2010.  The currently established third party custodian schedule shall remain in effect through January 3, 2010.  Following elimination of the third party custodian requirement, all other conditions of pretrial release shall continue to remain in effect.

IT IS SO ORDERED.

DATED:   December 18, 2009       _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE