**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:        KarowskyLaw@sbcglobal.net

Attorney for Defendant
Joe Grivette

### UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-09-0097-MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR JUDGMENT AND SENTENCING** |
| Joe Grivette, | |
| Defendant | Date: June 10, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

### FACTUAL SUMMARY

On March 18, 2010, Joe Grivette entered a plea of guilty to a single count information of violation of 18 U.S.C. § 4, misprision of felony.  Sentencing was set for June 3, 2010.  Subsequently, on April 29, 2010, a Petition for Revocation of Pretrial Release was filed against Mr. Grivette, on which date the Court allowed Mr. Grivette, at his request and upon the recommendation of the Pretrial Services Officer, to enter The Effort, an inpatient alcohol and drug program.  The June 3, 2010 date for sentencing was maintained.

On April 29, 2010, the Pretrial Services Officers determined that Mr. Grivette needed to be placed in The Effort's detoxification program prior to being able to enter the rehabilitation component of The Effort's program.  Counsel for Mr. Grivette personally drove him to the detox location, where he remained for approximately two weeks, successfully completing that process.

Immediately thereafter, Mr. Grivette was taken to The Effort's in-patient rehabilitation program where he currently is.  Counsel for Mr. Grivette spoke to his counselor, Esperanza, on May 28, 2010.  She indicated he is doing well and he should complete the in-patient phase of the program on or about August 10, 2010.

Counsel also had previously spoken to the Pretrial Services Officer monitoring Mr. Grivette's progress at The Effort, who also wished to have Mr. Grivette complete the program and had no opposition to continuing the date for sentencing until after he completed it.

Subsequently, on May 27, 2010, sentencing was moved to June 10, 2010.  Although this date had been agreed to by the parties, counsel for defendant had forgotten about the prior discussion, although had agreed to it at an earlier time.

On May 28, 2010, counsel for Mr. Grivette spoke to prosecuting AUSA Russell Carlberg, who indicated he would have no opposition to Mr. Grivette completing the in-patient phase of The Effort's program prior to sentencing and agreed to continue sentencing, suggesting the date of August 12, 2010, the date now set for sentencing for Mr. Grivette's co-defendant, Eric Clawson.

**STIPULATION**

Plaintiff, United States, and Defendant, Joe Grivette, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for Judgment and Sentencing to August 12, 2010.

**IT IS SO STIPULATED.**

DATED:      June 2, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By  /s/ Russell Carlberg

                                            Russell Carlberg
                                            Assistant U.S. Attorney
                                            by Jan Karowsky
                                            With Mr. Carlberg's permission


DATED:      June 2, 2010                    JAN DAVID KAROWSKY
                                            Attorney at Law
                                            A Professional Corporation

                                            By  /s/ Jan Karowsky

                                            JAN DAVID KAROWSKY
                                            Attorney for Defendant
                                            Joe Grivette


### ORDER

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED THAT: the date for the sentencing hearing, now set for June 10, 2010, at 9:00 a.m. is vacated and the sentencing hearing shall be re-set to August 12, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED:** June 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE