UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Joe Grivette                                                                           Docket No. 2:09-CR-0097-MCE

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Joe Grivette, who was placed on bond by the Honorable Edmund F. Brennan, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 16th day of March, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** On March 18, 2010, Mr. Grivette plead guilty to Count 1 of the Information, Misprision of a Felony. The defendant's case is set for judgment and sentencing before Your Honor on August 12, 2010.

**BOND CONDITIONS**:    Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On Friday, July 2, 2010, Mr. Grivette was discharged from The Effort's 90 day residential substance abuse treatment program after submitting a positive urinalysis for benzodiazepines, a controlled substance, on June 20, 2010. When confronted by Effort staff as to the positive urine specimen, the defendant taking a benzodiazepines but admitted taking another client's Seroquel, which is a violation of program rules.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on calendar on **Thursday, July 8, 2010, at 9:00 a.m.**, to address the alleged violations of pretrial release.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                        Respectfully submitted,

                                                                        */s/ Steven J. Sheehan*

                                                                        U.S. Pretrial Services Officer
                                                                        Date:    July 7, 2010

**ORDER**

\_\_\_\_\_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_\_\_\_.

\_\_\_\_   The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_   The Court orders a summons be issued with an appearance date of _____.

  **XX**   The Court hereby orders this matter placed on this court's calendar on **July 8, 2010**, at **9:00** a.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_   The Court orders no action be taken.


Dated:  July 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Grivette, Joe
Pretrial Services Violation Petition - page 2

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

9. You shall not associate or have any contact with the co-defendant, the victims or the witnesses in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program.  You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

12. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Amended: **April 29, 2010**